THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK LANCE,<br><br>                    Plaintiff,<br><br>v.<br><br>ANCHORAGE LAUNCH SERVICE CO., IN PERSONAM; M/V TRIUMPH V, OFFICIAL NUMBER 539680, HER ENGINES, MACHINERY APPURTENANCES AND CARGO, IN REM,<br><br>                    Defendants. | IN ADMIRALTY<br><br>NO. 3:22-cv-05075-BJR<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |

The parties, by and through their respective attorneys of record, jointly move this court for a continuance of the trial and related pretrial deadlines pursuant to FRCP 16 (b)(4) as follows:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| JURY TRIAL DATE | April 10, 2023 | August 14, 2023 |
| Reports from expert witness under FRCP 26(a)(2) due | January 17, 2023 | May 30, 2023 |
| Discovery completed by | February 14, 2023 | June 19, 2023 |
| Dispositive motions | March 6, 2023 | July 11, 2023 |
| Joint pretrial Statement | March 13, 2023 | July 17, 2023 |
| Pretrial conference | March 27, 2023 | July 31, 2023 |

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND PRETRIAL DEADLINES- 1
CASE NO. 3:22-cv-05075-BJR

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

The request to continue is based on plaintiff's recent treatment of injuries at issue in this litigation. Plaintiff underwent bicep surgery on January 4, 2023. His recovery timeline is presently unknown. As a result, significant facts continue to develop, and critical tasks have been unavoidably delayed, which in turn has delayed experts on both sides from rendering opinions related to plaintiff's prognosis and need for future treatment, if any. Based on plaintiff's ongoing recovery from surgery, the parties respectfully assert that good cause for continuance of the trial date and pretrial deadlines is present.

DATED this Wednesday, January 11, 2023.

LAW OFFICE OF JOHN MERRIAM

/s/ John W. Merriam
John W. Merriam, WSBA No. 12749
Attorney for plaintiff
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
Telephone:  (206) 729-5252
Fax:  (206) 729-1012
Email: john@merriam-maritimelaw.com


BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller
Thomas G. Waller, WSBA No. 22963
/s/ William P. Jensen
William P. Jensen, WSBA No. 56305
Attorneys for defendant
2101 Fourth Avenue, Suite 2400
Seattle, Washington  98121
Telephone:  (206) 443-3400
Fax:  (206) 448-9076
Email: tgwaller@bmjlaw.com
Email: wpjensen@bmjlaw.com

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND PRETRIAL DEADLINES- 2
CASE NO. 3:22-cv-05075-BJR

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206)  443-3400

## ORDER

Based upon the foregoing stipulation of the parties, the Trial Date is extended to August 14, 2023 and the corresponding pretrial deadlines are extended as listed above.

DATED this 11th day of January, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND PRETRIAL DEADLINES- 3
CASE NO. 3:22-cv-05075-BJR

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400